COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

KRISTY LYNN ROGGIO, :
    Plaintiff : NO. 9419 DR 2016
:
vs. : NO. 1272 CV 2016
:
ROSS WILLIAM ROGGIO, : IN DIVORCE
:
    Defendant :

### REQUEST FOR EXPEDITED DISPOSITION PURSUANT TO MONROE COUNTY LOCAL RULE 208.3(a)(5)

    Jeffrey J. Kash, Esquire request expedited disposition of the attached motion, petition or appeal for the following reasons:

**Respondent is seeking injunctive relief from the Bankruptcy Court. There is a hearing scheduled August 1, 2017.**

Respectfully submitted,

Jeffrey J. Kash, Esq.
Attorney I.D. No. 52837
Attorney for Petitioner
Kash Fedrigon Belanger, LLC.
820 Ann Street
Stroudsburg, PA 18360
(570) 420-1004

A copy of this request has been provided to the following by the moving party:

Aaron M. DeAngelo
Newman Williams Mishkin Corveleyn
Wolfe & Fareri
PO BOX 511
Stroudsburg PA 18360-0511
*Via regular mail*

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

KRISTY LYNN ROGGIO, :
: NO. 9419 DR 2016
    Plaintiff :
: NO. 1272 CV 2016
vs. :
: IN DIVORCE
ROSS WILLIAM ROGGIO, :
:
    Defendant :

### ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the within Motion, the _____ day of _____, 2017, at _____ A.M./P.M., Courtroom No. _____, Monroe County Courthouse, Stroudsburg, Pennsylvania is set forth as the time and place for a hearing to determine the merits of Plaintiff's Petition and Amended Petiton for Contempt and for Special Relief.

BY THE COURT:

_____
                                                                             J.

cc:    Jeffrey J. Kash, Esq.
        Aaron M. DeAngelo, Esq.

KRISTY LYNN ROGGIO, : 
    Plaintiff : NO. 9419 DR 2016
: NO. 1272 CV 2016
vs. :
: IN DIVORCE
ROSS WILLIAM ROGGIO, :
    Defendant :

## MOTION FOR HEARING

AND NOW, comes Petitioner, Kristy Lynn Roggio, by and through her counsel, Jeffrey J. Kash, Esquire, who respectfully requests your Honorable Court schedule a hearing on Plaintiff's Petition for Contempt and for Special Relief, and presents the following in support thereof:

1. On May 2, 2017, the Petitioner filed a petition for contempt and for special relief.

2. On May 22, 2017, the Petitioner filed an amended petition for contempt and for special relief.

3. On July 5, 2017 the Honorable Jennifer Harlacher Sibum issued an Order staying Plaintiff's Petition for Contempt and for Special Relief filed May 12, 2017. A true and correct copy of said Order is attached hereto, incorporated by reference and marked exhibit "A".

4. On July 26, 2017, Bankruptcy Judge John J. Thomas entered an Order granting

relief from the automatic stay to proceed and enforce the terms of the domestic relations Agreement in the Court of Common Pleas of Monroe County without regard to the Automatic Stay. A true and correct copy of said Order is attached hereto, incorporated by reference and marked exhibit "B'.

5. Defendant has been served with a true and correct copy of the foregoing Motion in accordance with Pennsylvania Rules of Civil Procedure.

WHEREFORE, Plaintiff, Kristy Lynn Roggio respectfully requests your Honorable Court schedule a hearing in this matter on Plaintiff's Petition and Amended Petiton for Contempt and for Special Relief.

Respectfully submitted,

JEFFREY J. KASH, ESQ.
Attorney for Petitioner
Attorney I.D. No. 52837
Kash Fedrigon Belanger, LLC.
820 Ann Street
Stroudsburg, PA 18360
(570) 420-1004

Exhibit "A"

Exhibit "B"

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTY LYNN ROGGIO, | : | No. 9419 CV 2016 |
| | : | No. 1272 DR 2016 |
| Plaintiff | : | |
| | : | |
| vs. | : | PLAINTIFF'S PETITION FOR |
| | : | CONTEMPT AND FOR |
| ROSS WILLIAM ROGGIO, | : | SPECIAL RELIEF |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 5th day of July, 2017, the Defendant having filed a Suggestion of Bankruptcy, this matter, including the Plaintiff's Petition for Contempt and for Special Relief filed May 12, 2017, is stayed pending relief from the automatic stay being obtained from the United States Bankruptcy Court for the Middle District of Pennsylvania.

BY THE COURT:

JENNIFER HARLACHER SIBUM, J.

cc: Aaron M. DeAngelo, Esquire
Jeffrey J. Kash, Esquire

RECEIVED
JUL 10 2017

2017 JUL 5 PM 4 06
MONROE COUNTY, PA
PROTHONOTARY

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      ROSS WILLIAM ROGGIO      :

         DEBTOR      :      NO.5:17-BK-02119-JJT

KRISTY LYNN ROGGIO,      :
         Movant      :

vs.      :      Motion for Relief

ROSS WILLIAM ROGGIO,      :
         Respondent      :

## **ORDER**

The Motion of Kristy Lynn Roggio is granted and she is granted relief from the automatic stay to proceed and enforce the terms of the domestic relations Agreement in the Court of Common Pleas of Monroe County without regard to the Automatic Stay.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: July 26, 2017

Case 5:17-bk-02119-JJT    Doc 50    Filed 07/26/17    Entered 07/27/17 10:04:22    Desc
Case 5:17-bk-02119-MJC    Doc 53-2    Main Document    Filed 07/31/17    Page 1 of 1    Entered 07/31/17 22:18:39    Desc
Exhibit July 28    2017 County Court filing in Violation of Stay    Page 8 of 10

## VERIFICATION

I Jeffrey J. Kash, Esquire, hereby verify that the statements made herein are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsification to authorities.

_____
Jeffrey J. Kash, Esquire

Date: July 28, 2017

COURT OF COMMON PLEAS OF MONROE COUNTY
FORTY-THIRD JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

KRISTY LYNN ROGGIO, : NO. 9419 DR 2016
    Plaintiff :
    vs. : NO. 1272 CV 2016
ROSS WILLIAM ROGGIO, : IN DIVORCE
    Defendant :

### CERTIFICATE OF SERVICE

I, Jennifer E. Callow, Paralegal to Jeffrey J. Kash, Esquire, do hereby certify that on the 28th day of July 2017, I caused to be served a true and correct copy of a PROPOSED ORDER and MOTION FOR HEARING A upon the Defendant in the manner and addressed as follows:

Aaron M. DeAngelo
Newman Williams Mishkin Corveleyn
Wolfe & Fareri
PO BOX 511
Stroudsburg PA 18360-0511
*Via regular mail*

_____
Jennifer E. Callow

Date: July 28, 2017