IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER THIRTEEN |
| | : | |
| ROSS WILLIAM ROGGIO, | : | BANKRUPTCY NO.: 5-17-bk-02119-JJT |
| a/k/a Ross W. Roggio | : | |
| a/k/a Ross Roggio, | : | {**Nature of Proceeding**: Application to |
| | : | Employ Realtor (Doc. #21)} |
| DEBTOR | : | |

# CORRECTION TO OPINION
# FILED DECEMBER 7, 2017

The Opinion of this Court filed December 7, 2017, (Doc. #90), shall be corrected as follows:

The first sentence of the fifth paragraph of this Court's original Opinion, located on page three (3), which reads "It is for these reasons that I will enter an Order denying the request to appoint the realtor since this is a matter reserved to the Chapter 13 Debtor." **and** which is also located at *In re Roggio*, 577 B.R. 457, in both electronic format on Thomson Reuters Westlaw **and** in Volume 2 of the paperback edition of West's Bankruptcy Reporter, advance sheet publication dated January 10, 2018, **shall be changed to read** "It is for these reasons that I will enter an Order denying the request to appoint the realtor since this is a matter reserved to the trustee."

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: January 29, 2018