UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ROSS WILLIAM ROGGIO, | : | 5-17-02119-RNO |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## CHAPTER 7 TRUSTEE'S OMNIBUS OBJECTION TO
## PROOF OF CLAIM NOS. 11 AND 12

**AND NOW COMES**, John J. Martin, Chapter 7 Trustee, by and through his attorney, John J. Martin, and files this Omnibus Objection to Proof of Claim Nos. 11 and 12 as follows:

1. That on or about May 22, 2017 the above referenced Debtor commenced a case under Chapter 13 of the United States Bankruptcy Code ("Code"), and the case was subsequently converted to a case under Chapter 7 on or about December 10, 2018.

2. That on or about December 12, 2018, John J. Martin was appointed the Chapter 7 Trustee ("Trustee") and continues in that capacity.

3. That on March 13, 2019, numerous Proofs of Claim were filed in the instant bankruptcy case.

## OBJECTION TO PROOF OF CLAIM #11-1

4. That on or about March 13, 2019, Soon Ja Roggio filed a Proof of Claim ("Claim #11-1") in the unsecured amount of One Hundred Twenty Eight Thousand ($128,000.00) Dollars and 00/100.

5. That the Claimant filed no supporting documentation or proof of the origination of the claim, and therefore the Trustee believes and therefore avers that the claim is of no value.

6. That the Trustee believes and therefore avers that Claim #11-1 should be disallowed.

## OBJECTION TO PROOF OF CLAIM #12-1

7. That on or about March 13, 2019, Soon Ja Roggio filed a Proof of Claim ("Claim #12-1") in the unsecured amount of One Hundred Forty Eight Thousand ($148,000.00) Dollars and 00/100.

8. That Claimant filed no supporting documentation or proof of the origination of the claim, and therefore the Trustee believes and therefore avers that the claim is of no value.

9. That the Trustee believes and therefore avers that Claim #12-1 should be disallowed.

**WHEREFORE**, John J. Martin, Chapter 7 Trustee, respectfully requests that this Honorable Court disallow Claim Nos. 11 and 12 and for such other and further relief that the Court deems just and proper.

Dated: April 24, 2019                            Respectfully Submitted,

/s/John J. Martin, Esquire
Law Office of John J. Martin
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
jmartin@martin-law.net
Chapter 7 Trustee